IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JERMAREL JACKSON, )<br>)<br>Defendant. ) | No. 06-03037 |

## MOTION TO CONTINUE

**NOW COMES** Defendant, Jermarel Jackson, by and through his court-appointed attorney, Jon Gray Noll, and in support of his Motion to Continue in the above-entitled cause, states to this Honorable Court as follows, that:

1. Defendant is charged by Complaint filed July 19, 2006, with knowingly and intentionally conspiring to distribute a controlled substance, namely, 50 grams or more of a mixture or substance containing cocaine base (crack), a Schedule II controlled substance, in violation of 21 U.S.C. §§841(a)(1),(b)(1)(A)(iii) and 846.

2. Defendant is currently incarcerated at Menard County Jail.

3. The undersigned counsel was appointed by the Court in this matter on July 19, 2006.  A hearing is scheduled for Friday, July 21, 2006, at 10:00 a.m.

4. Because of logistical considerations, Defendant respectfully requests this hearing be reset to August 8, 2006, at 3:00 p.m.

5. This motion is not brought for the purpose of delay, but is in the best interests of all parties.

6. Neither the rights of the Plaintiff, nor those of the Defendant, will be jeopardized by the granting of the relief sought herein.

7. Counsel for the Government does not object to the filing of this motion.

**WHEREFORE,** Defendant, Jermarel Jackson, prays that this Honorable Court continue the July 21, 2006, hearing in the above-entitled cause to August 8, 2006, at 3:00 p.m., and for such other and further relief as this Court deems just and equitable.

    Respectfully submitted,

    **JERMAREL JACKSON**, Defendant

    BY:   /s Jon Gray Noll
    Jon Gray Noll 02060108
    Attorney for Defendant
    Noll Law Office
    802 South Second Street
    Springfield, IL 62704
    Telephone: (217) 544-8441
    Fax: (217) 544-8775
    E-mail: noll@noll-law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John Childress
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Jermarel Jackson
Menard County Jail
P.O. Box 476
Petersburg, IL 62675-0476

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com