E-FILED
Friday, 04 August, 2006  02:39:07 PM
Clerk, U.S. District Court, ILCD

**FILED**

AUG - 3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-300____ |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | |
| DWAYNE JETT a/k/a "Taz"  and | ) | Title 21, United States Code §§ |
| JERMAREL JACKSON, | ) | 841(a)(1), (b)(1)(A)(iii) and 846. |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

(Conspiracy to Distribute a Controlled Substance - Cocaine Base)

1. From at least July 2005, and continuing until April 28, 2006, in the Central District of

Illinois, and elsewhere,

**DWAYNE JETT a/k/a "Taz" and JERMAREL JACKSON**

defendants herein, knowingly and intentionally combined, conspired and agreed with each other

and with persons known and unknown to the Grand Jury, to distribute a controlled substance,

namely, 50 grams or more of a mixture and substance containing a detectable amount of cocaine

base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1)and (b)(1)(A)(iii).

2. All in violation of Title 21, United States Code, Section 846.

A TRUE BILL

·s/ Foreperson

**FOREPERSON**

s/ Gregory Harris

RODGER A. HEATON
UNITED STATES ATTORNEY

JEC