IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-30060 |
| DWAYNE JETT a/k/a "Taz" and JERMAREL JACKSON, | ) |
| Defendants. | ) |

## INFORMATION ESTABLISHING PRIOR CONVICTIONS

Now comes the United States by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, John E. Childress, and pursuant to Title 21, United States Code, Section 851 hereby files this information establishing two prior convictions with respect to Defendant Jackson as follows:

1. Unlawful Possession of a Controlled Substance, State of Illinois, Case No. 01-CR-2496501; and

2. Unlawful Possession of a Controlled Substance, State of Illinois, Case No. 02-CR-1958201.

Said convictions qualify Defendant Jackson for enhanced sentencing under 21 U.S.C. §841(b).

Respectfully submitted:

RODGER A. HEATON
UNITED STATES ATTORNEY
s:/ John E. Childress
JOHN E. CHILDRESS
Assistant United States Attorney
Illinois Bar 6210111
318 South 6th Street
Springfield, IL 62701-1806
Telephone: 217/492-4450
Fax: 217/492-4044
E-mail: john.childress@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on <u>September 1, 2006</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Jon Noll
    Attorney at Law
    802 S. 2nd Street
    Springfield, IL 62704
    E-mail: noll@noll-law.com

                        <u>s:/ John E. Childress</u>
                        John E. Childress