## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No 06-30060 |
| DWAYNE JETT AND JERMAREL JACKSON, | ) ) ) ) | |
| Defendants. | ) | |

### MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Gregory M. Gilmore, Assistant United States Attorney, and for its Motion for Substitution of Counsel states as follows:

1. Assistant United States Attorney John E. Childress is designated as counsel of record in the above-captioned matter on behalf of the government.

2. Plaintiff prays that Assistant United States Attorney Gregory M. Gilmore be designated in lieu of Assistant United States John E. Childress as plaintiff's representative.

WHEREFORE, plaintiff prays that this Court grant its Motion For Substitution of Counsel substituting Assistant United States Attorney Gregory M. Gilmore for Assistant United States Attorney John E. Childress as counsel of record on behalf of the government.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

/s/ Gregory M. Gilmore
Gregory M. Gilmore, Reg. No. 06217499
Assistant United States Attorney
318 S. Sixth Street
Springfield, IL 62701
(217) 492-4450
greg.gilmore@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on November 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Monroe McWard
Attorney at Law

/s/ Gregory M. Gilmore