E-FILED
Monday, 11 December, 2006  03:54:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-30060 |
| JERMAREL JACKSON, | ) |
| Defendant. | ) |

### MOTION TO CONTINUE PRE-TRIAL AND TRIAL SETTINGS

**NOW COMES** Defendant, Jermarel Jackson, by and through his court-appointed attorney, Jon Gray Noll, and in support of his Motion to Continue Pre-Trial and Trial Settings in the above-entitled cause, states to this Honorable Court as follows, that:

1. Defendant was charged by Complaint filed July 19, 2006, with knowingly and intentionally conspiring to distribute a controlled substance, namely, 50 grams or more of a mixture or substance containing cocaine base (crack), a Schedule II controlled substance, in violation of 21 U.S.C. §§841(a)(1),(b)(1)(A)(iii) and 846.

2. Subsequently, Defendant was charged by an Indictment, which was filed of record on August 4, 2006.

3. Defendant is currently incarcerated at Pike County Jail.

4. Pre-trial in this matter is scheduled for Monday, December 18, 2006, at 10:00 a.m. with trial set for January 3, 2007, at 9:00 a.m.

5. Defendant is continuing to cooperate with the authorities in this matter. Additional time is needed for the Defendant to fully cooperate with the authorities.

6. For the aforementioned reason, Defendant respectfully requests the pre-trial and trial setting in the above-captioned matter be continued an additional sixty to ninety days, or to a date that is convenient to this Court.

7. Counsel for the Government mutually agrees with defense counsel regarding the filing of this motion.

8. This motion is not brought for the purpose of delay, but is in the best interests of all parties.

9. Neither the rights of the Plaintiff, nor those of the Defendant, will be jeopardized by the granting of the relief sought herein.

**WHEREFORE,** Defendant, Jermarel Jackson, prays that this Honorable Court continue the December 18, 2006, pretrial and the January 3, 2007, trial date in the above-entitled cause for an additional sixty to ninety days, or to a date that is convenient to this Court, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

**JERMAREL JACKSON**, Defendant

BY:   /s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Greg Gilmore
    U. S. Attorney's Office
    318 South 6th Street
    Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Jermarel Jackson
    Pike County Jail
    204 East Adams Street
    Pittsfield, IL 62363

    /s Jon Gray Noll
    Jon Gray Noll 02060108
    Attorney for Defendant
    Noll Law Office
    802 South Second Street
    Springfield, IL 62704
    Telephone: (217) 544-8441
    Fax: (217) 544-8775
    E-mail: noll@noll-law.com