IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 06-30060 |
| ) | |
| JERMAREL JACKSON, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE SENTENCING**

**NOW COMES** Defendant, Jermarel Jackson, by and through his court appointed attorney, Jon Gray Noll, and in support of his Motion to Continue Sentencing states to this Honorable Court as follows, that:

1. Defendant was charged by Complaint filed July 19, 2006, with knowingly and intentionally conspiring to distribute a controlled substance, namely, 50 grams or more of a mixture or substance containing cocaine base (crack), a Schedule II controlled substance, in violation of 21 U.S.C. §§841(a)(1),(b)(1)(A)(iii) and 846.

2. Subsequently, Defendant was charged by an Indictment, which was filed of record on August 4, 2006.

3. On March 28, 2007, the Defendant entered an open plea of guilty to the Indictment.

4. Defendant is currently incarcerated at Pike County Jail.

5. Sentencing in this matter is set for August 20, 2007, at 2:30 p.m.

6. Defendant has been cooperating with the authorities. Defense counsel has spoken to DEA authorities regarding substantial developments in the Defendant's cooperation.

7. Defendant respectfully requests that his sentencing be continued to an early December time frame in order that he may continue his cooperation, which could subsequently impact his sentencing.

8. Defense counsel has spoken with AUSA Gregory Gilmore concerning this matter, and Mr. Gilmore does not object to the filing of this motion.

9. This motion is not brought for the purpose of delay, but is in the best interests of all parties.

10. Neither the rights of the Plaintiff, nor those of the Defendant, will be jeopardized by the granting of the relief sought herein.

**WHEREFORE,** Defendant, Jermarel Jackson, prays that this Honorable Court continue the sentencing hearing in the above-entitled cause to the early December time frame, or to a date that is convenient to this Court, so that the Defendant may continue his cooperation with the authorities, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

**JERMAREL JACKSON**, Defendant


BY:   /s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Gregory Gilmore
    U. S. Attorney's Office
    318 South 6th Street
    Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Jermarel Jackson
    Pike County Jail
    204 East Adams Street
    Pittsfield, IL 62363

    /s Jon Gray Noll
    Jon Gray Noll 02060108
    Attorney for Defendant
    Noll Law Office
    802 South Second Street
    Springfield, IL 62704
    Telephone: (217) 544-8441
    Fax: (217) 544-8775
    E-mail: noll@noll-law.com