

# UNITED STATES DISTRICT COURT

PAMELA E. ROBINSON
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

July 26, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN:  ERIC FROST

        RE: USA  v. Jett
        D. C. Docket No. 06-30060
        U. S. C. A. Docket No. 08-1472

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    1  Volume of Pleadings

    3  In-camera Documents

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        PAMELA E. ROBINSON, CLERK


        BY:     s/  C. Cathcart
              Deputy Clerk

35, 36, APPEAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Springfield)
## CRIMINAL DOCKET FOR CASE #: 3:06-cr-30060-JES-BGC All Defendants
### *Internal Use Only*

Case title: USA v. Jett et al
Magistrate judge case number: 3:06-mj-03037-BGC

Date Filed: 08/03/2006
Date Terminated: 02/21/2008

---

Assigned to: Judge Jeanne E. Scott
Referred to: Magistrate Judge Byron G. Cudmore

Appeals court case number:
'08-1472' '7th Circuit USCA'

### Defendant (1)

| | |
|---|---|
| **Dwayne Jett**<br>*TERMINATED: 02/21/2008*<br>also known as<br>Taz<br>*TERMINATED: 02/21/2008* | represented by **Jonathan E Hawley**<br>FEDERAL PUBLIC DEFENDER<br>Suite 1500<br>401 Main St<br>Peoria, IL 61602<br>309-999-7756<br>Email: jonathan_hawley@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Monroe D McWard**<br>210 S Webster<br>Taylorville, IL 62568<br>217-824-2900<br>Fax: 217-287-2094<br>Email: mdmcward@mcwardlaw.com<br>*TERMINATED: 06/30/2008*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CD.F- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE – From at least July 2005, and continuing until April 28, | Defendant sentenced to 209 months imprisonment; 5 years supervised release; $100 special assessment. |

2006, defendants knowingly and intentionally conspired to distribute 50 grams of more of cocaine base ("crack") in violation of 21:841(a)(1), (b)(1)(A)(iii) and 21:846.
(1)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:846=CD.F -- From on or about July 2005 to on or about April 28, 2006, the defendants knowingly and intentionally conspired to distribute 50 grams or more of cocaine base (crack) in violation of 21:841(a)(1), (b)(1)(A)(iii) and 846 | |

Assigned to: Judge Jeanne E. Scott
Referred to: Magistrate Judge Byron G. Cudmore

**Defendant (2)**

| **Jermarel Jackson**<br>*TERMINATED: 01/31/2008* | represented by | **Jon Gray Noll**<br>NOLL LAW OFFICE<br>802 S Second St<br>Springfield, IL 62704<br>217-544-8441<br>Fax: 217-544-8775<br>Email: noll@noll-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
|---|---|---|

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CD.F- CONSPIRACY TO DISTRIBUTE CONTROLLED | Defendant sentenced to 186 months imprisonment; 10 years supervised release; $100 special assessment. |

SUBSTANCE -- From at least July 2005, and continuing until April 28, 2006, defendants knowingly and intentionally conspired to distribute 50 grams of more of cocaine base ("crack") in violation of 21:841(a)(1), (b)(1)(A)(iii) and 21:846.
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

21:846=CD.F -- From on or about July 2005 to on or about April 28, 2006, the defendants knowingly and intentionally conspired to distribute 50 grams or more of cocaine base (crack) in violation of 21:841(a)(1), (b)(1)(A)(iii) and 846

---

**Plaintiff**

USA                                                     represented by   **John E Childress**
                                                                         US ATTY
                                                                         318 S Sixth
                                                                         Springfield, IL 62701-1806
                                                                         217-492-4450
                                                                         Fax: 217-492-4512
                                                                         Email: john.childress@usdoj.gov
                                                                         *TERMINATED: 11/15/2006*
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Gregory M Gilmore**
                                                                         US ATTY
                                                                         318 S Sixth
                                                                         Springfield, IL 62701-1806
                                                                         217-492-4450

Fax: 217-492-4512
Email: greg.gilmore@usdoj.gov
ATTORNEY TO BE NOTICED

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/19/2006 | 1 | 14 | COMPLAINT as to Dwayne Jett (1), Jermarel Jackson (2). (MR, ilcd) Corrected document number to d/e 1 (MR, ilcd) [3:06-mj-03037-BGC] (Entered: 07/20/2006) |
| 07/19/2006 | | | TEXT ORDER: Before U.S. Magistrate Judge Byron G. Cudmore. In chambers. Present AUSA Childress and DEA Special Agent Chris McGuire. Affiant sworn. Affidavit and Complaint executed. Court finds probable cause. Arrest warrants ordered to issue with no bond. Entered on 7/19/06. (MR, ilcd) [3:06-mj-03037-BGC] (Entered: 07/20/2006) |
| 07/19/2006 | 3 | 28 | (Court only) *** ARREST WARRANT ISSUED by Byron G. Cudmore as to Dwayne Jett. (MR, ilcd) [3:06-mj-03037-BGC] (Entered: 07/20/2006) |
| 07/19/2006 | | | Arrest of Dwayne Jett, Jermarel Jackson (CC, ilcd) [3:06-mj-03037-BGC] (Entered: 07/20/2006) |
| 07/19/2006 | | | Minute Entry for proceedings held before Judge Byron G. Cudmore: INITIAL APPEARANCE as to Defendants Dwayne Jett and Jermarel Jackson held on 7/19/2006. AUSA John Childress present on behalf of the Government. Defendants Dwayne Jett and Jermarel Jackson present in custody. Defendants advised of rights, charges and penalties. Defendant Dwayne Jett sworn and questioned by Court regarding financial status. Court finds Defendant Jett qualifies for appointment of counsel. Attorney Monroe McWard present and accepts appointment. Defendant Jermarel Jackson sworn and questioned by Court regarding financial status. Court finds Defendant Jackson qualifies for appointment of counsel. Attorney Jon Noll present and accepts appointment. Government seeks detention. Preliminary Examination and Detention Hearing for Defendant Jermarel Jackson scheduled for 7/21/06 at 10:00 a.m. Preliminary Examination and Detention Hearing for Defendant Dwayne Jett scheduled for 7/21/06 at 11:30 a.m. Defendants remanded to the custody of the US Marshal. (CC, ilcd) [3:06-mj-03037-BGC] (Entered: 07/20/2006) |
| 07/19/2006 | 4 | | (Court only) *** ARREST WARRANT ISSUED by Byron G. Cudmore as to Jermarel Jackson. (MR, ilcd) [3:06-mj-03037-BGC] (Entered: 07/20/2006) |
| 07/20/2006 | | | Notice of Docket Text or Event Modification re Complaint and MOTION to Continue: Document numbers corrected to indicate Complaint_1 and Motion to Continue_2 . (MR, ilcd) [3:06-mj-03037-BGC] (Entered: 07/20/2006) |
| 07/20/2006 | 5 | | NOTICE OF ATTORNEY APPEARANCE: Monroe D McWard appearing for Dwayne Jett (McWard, Monroe) Deleted attachment to documents as duplicate of Notice of Attorney Appearance/Modified on 7/21/2006 (MR, ilcd). [3:06-mj-03037-BGC] (Entered: 07/20/2006) |
| 07/20/2006 | 2 | | MOTION to Continue by Jermarel Jackson. (Noll, Jon) Modified/Corrected document no. to d/e 2.(MR, ilcd). [3:06-mj-03037-BGC] (Entered: 07/20/2006) |
| 07/20/2006 | | | TEXT ORDER: Defendant Jermarel Jackson's_2 Motion to Continue is allowed. The Court finds an Interest in Justice finding in granting Defendant Jackson's |

| | | | |
|---|---|---|---|
| | | | Motion to Continue 2 as the continuance is in the best interest of the public and defendant's right to a speedy trial. Preliminary &Detention Hearing continued to 8/8/2006 03:15 PM in Courtroom 3 before Magistrate Judge Byron G. Cudmore. (7/21/2006 10:00 a.m. Preliminary &Detention Hearing is CANCELLED). Entered by Judge Byron G. Cudmore on 7/20/06. (MR, ilcd) [3:06-mj-03037-BGC] (Entered: 07/20/2006) |
| 07/21/2006 | | | Notice of Docket Text or Event Modification re 5 Notice of Attorney Appearance: Deleted attachment to d/e 5 as the notice of attorney appearance was inadvertently duplicated as the attachment. (MR, ilcd) [3:06-mj-03037-BGC] (Entered: 07/21/2006) |
| 07/21/2006 | | | Minute Entry for proceedings held before Judge Byron G. Cudmore :Preliminary &Detention Hearing as to Dwayne Jett held on 7/21/2006. AUSA John Childress present on behalf of the Govt. Dft present in custody with Attorney Monroe McWard. Dft waives right to preliminary and detention hearing. Dft consents to being detained. Court to enter Order of Detention. Dft advised of procedural rights. Dft ordered detained and remanded to the custody of the US Marshals. (MR, ilcd) [3:06-mj-03037-BGC] (Entered: 07/21/2006) |
| 07/21/2006 | 6 | 29 | ORDER OF DETENTION as to Dwayne Jett . Entered by Judge Byron G. Cudmore on 7/21/06. (MR, ilcd) [3:06-mj-03037-BGC] (Entered: 07/21/2006) |
| 07/21/2006 | 7 | | Arrest Warrant Returned Executed on 7/19/06 as to Dwayne Jett. (MR, ilcd) [3:06-mj-03037-BGC] (Entered: 07/24/2006) |
| 07/21/2006 | 8 | | Arrest Warrant Returned Executed on 7/19/06 as to Jermarel Jackson. (MR, ilcd) [3:06-mj-03037-BGC] (Entered: 07/24/2006) |
| 08/03/2006 | 10 | 31 | INDICTMENT as to Dwayne Jett (1) count(s) 1, Jermarel Jackson (2) count(s) 1. (MR, ilcd) (Entered: 08/04/2006) |
| 08/04/2006 | 9 | | MEMORANDUM of Law in Support of Setting Appropriate Bond by Jermarel Jackson (Noll, Jon) [3:06-mj-03037-BGC] (Entered: 08/04/2006) |
| 08/04/2006 | | | NOTICE OF HEARING as to Dwayne Jett, Jermarel Jackson. Arraignment set for 8/9/2006 11:30 AM in Courtroom 3 before Magistrate Judge Byron G. Cudmore. (MR, ilcd) (Entered: 08/04/2006) |
| 08/04/2006 | | | (Court only) *** Set/Clear Flags as to Dwayne Jett, Jermarel Jackson. LC 35, 36 (MR, ilcd) (Entered: 08/04/2006) |
| 08/08/2006 | | | NOTICE OF HEARING as to Jermarel Jackson: Arraignment &Detention Hearing set for 8/8/2006 03:15 PM in Courtroom 3 before Magistrate Judge Byron G. Cudmore. (Arraignment set 8/9/2006 11:30 AM for dft DWAYNE JETT ONLY).(MR, ilcd) (Entered: 08/08/2006) |
| 08/08/2006 | | | Minute Entry for proceedings held before Judge Byron G. Cudmore :Arraignment as to Jermarel Jackson (2) Count 1 held on 8/8/2006. AUSA John Childress present on behalf of the Govt. Dft present in custody with Attorney Jon Noll. Dft advised of rights and charges. Dft waives the reading of the Indictment. Govt advises the Court that they intend to file a Notice of Prior Felony Drug Conviction. Dft enters a plea of Not Guilty. Pretrial Conference set for 9/29/2006 10:00 AM and Jury Trial set for 10/3/2006 09:00 AM in Courtroom 1 before Judge Jeanne E. Scott. Discovery to commence. Dft waives right to detention |

| | | | |
|---|---|---|---|
| | | | hearing and consents to detention. Court to enter Order of Detention. Dft remanded to the custody of the US Marshals. (MR, ilcd) (Entered: 08/08/2006) |
| 08/08/2006 | 11 | | ORDER OF DETENTION as to Jermarel Jackson. Entered by Judge Byron G. Cudmore on 8/8/06. (MR, ilcd) (Entered: 08/08/2006) |
| 08/09/2006 | | | Minute Entry for proceedings held before Judge Byron G. Cudmore :Arraignment as to Dwayne Jett (1) Count 1 held on 8/9/2006. AUSA Gregory Gilmore present on behalf of the Govt. Dft present in custody with Attorney Monroe McWard. Indictment read in open court. Dft advised of penalties. Dft enters a plea of Not Guilty. Pretrial Conference set for 9/29/2006 09:30 AM and Jury Trial set for 10/3/2006 09:00 AM in Courtroom 1 before Judge Jeanne E. Scott. Discovery to commence. Order of Detention to remain in full force and effect. (MR, ilcd) (Entered: 08/09/2006) |
| 09/01/2006 | 12 | | NOTICE *of Prior Convictions Pursuant to 21 USC 851* by USA as to Jermarel Jackson (Childress, John) (Entered: 09/01/2006) |
| 09/22/2006 | 13 | | MOTION to Continue *Pre-trial and Trial Settings* by Jermarel Jackson. (Noll, Jon) (Entered: 09/22/2006) |
| 09/22/2006 | | | TEXT ORDER: Defendant Jermarel Jackson's Motion to Continue Pre-trial and Trial Settings (d/e 13) is ALLOWED. The pretrial conferences for both Defendants are set for September 29, 2006, and the trial is scheduled for October 3, 2006. Defendant Jackson requests additional time to complete negotiations with the Government. The Government has no objection to the continuance. Defendant Dwayne Jett also has no objection to a continuance. Based on this justification, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the Defendant and the public in a speedy trial. 18 U.S.C. Sec. 3161(h)(8)(A). The pretrial conference for both Defendants Jett and Jackson are continued to December 18, 2006, at 10:00 a.m. The trial is continued to January 3, 2007, at 9:00 a.m. Entered by Judge Jeanne E. Scott on 9/22/06. (MC, ilcd) (Entered: 09/22/2006) |
| 09/22/2006 | | | Set/Reset Deadlines/Hearings as to Dwayne Jett, Jermarel Jackson: Jury Trial set for 1/3/2007 at 09:00 AM in Courtroom 1 before Judge Jeanne E. Scott. Pretrial Conference set for 12/18/2006 at 10:00 AM in Courtroom 1 before Judge Jeanne E. Scott. (MC, ilcd) (Entered: 09/22/2006) |
| 11/15/2006 | 14 | | MOTION to Substitute Attorney, John E. Childress to be replaced by Gregory M. Gilmore, by USA as to Dwayne Jett, Jermarel Jackson. (Gilmore, Gregory) (Entered: 11/15/2006) |
| 11/15/2006 | | | TEXT ORDER by Magistrate Judge Byron Cudmore: Government's Motion for Substitution of Counsel 14 ALLOWED. Gregory M Gilmore for USA replacing John E Childress as to Dwayne Jett (1), Jermarel Jackson (2). Entered by Judge Cudmore on 11/15/06. (LB, ilcd) (Entered: 11/15/2006) |
| 12/11/2006 | 15 | | MOTION to Continue *Pre-Trial and Trial Settings* by Jermarel Jackson. (Noll, Jon) (Entered: 12/11/2006) |
| 12/13/2006 | 16 | | MOTION to Continue by Dwayne Jett. (McWard, Monroe) (Entered: 12/13/2006) |
| 12/13/2006 | | | TEXT ORDER: The Court has received Defendant Jermarel Jackson's Motion to |

| | | | |
|---|---|---|---|
| | | | Continue Pre-Trial and Trial Settings (d/e 15) and Defendant Dwayne Jett's Motion to Continue Pre-Trial and Trial Setting (d/e 16). Defendants Jackson and Jett seek additional time to complete negotiations with the Government. The Government has no objection to the Motions. Based on this justification, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the Defendants and the public in a speedy trial. 18 U.S.C. Sec. 3161(h)(8)(A). THEREFORE, the Motions are ALLOWED. Defendants Jett and Jackson's pretrial conference set for December 18, 2006, at 10:00 a.m, and their trial set for January 3, 2007, at 9:00 a.m., are cancelled. The pretrial conference is continued to April 2, 2007, at 11:30 a.m. The trial is continued to April 3, 2007, at 9:00 a.m. (cc: all counsel). Entered by Judge Jeanne E. Scott on 12/13/06. (MC, ilcd) (Entered: 12/13/2006) |
| 12/13/2006 | | | Set/Reset Deadlines/Hearings as to Dwayne Jett, Jermarel Jackson: Jury Trial set for 4/3/2007 at 09:00 AM in Courtroom 1 before Judge Jeanne E. Scott. Pretrial Conference set for 4/2/2007 at 11:30 AM in Courtroom 1 before Judge Jeanne E. Scott. (MC, ilcd) (Entered: 12/13/2006) |
| 01/29/2007 | | | TEXT ORDER: On the Court's motion, the final pretrial conference set for 11:30 a.m. on April 2, 2007 is cancelled and reset for 11:30 a.m. on March 29, 2007 before Judge Byron Cudmore. Trial remains set at 9:00 a.m. on April 3, 2007 before Judge Jeanne Scott. Entered by Judge Jeanne E. Scott on 1/29/07. (MC, ilcd) (Entered: 01/29/2007) |
| 01/29/2007 | | | Remark: COPY OF 1/29/07 TEXT ORDER CHANGING FINAL PRETRIAL MAILED TO DEFENDANT JETT AT SANGAMON COUNTY JAIL AND DEFENDANT JACKSON AT PIKE COUNTY JAIL (MC, ilcd) (Entered: 01/29/2007) |
| 02/15/2007 | | | TEXT ORDER: The Court has received two letters from Defendant Dwayne Jett. The Clerk is directed to file the letters and send copies to all counsel. Any motion Defendant seeks to file should be filed through his appointed counsel.. Entered by Judge Jeanne E. Scott on 2/15/07. (MC, ilcd) (Entered: 02/15/2007) |
| 02/16/2007 | 17 | 32 | Letters from Dwayne Jett. (MC, ilcd) (Entered: 02/16/2007) |
| 03/21/2007 | | | TEXT ORDER: The Court is in receipt of a letter from Dorothy Lowe, Defendant Dwayne Jett's grandmother. The Clerk is directed to enter the letter into the record, and to forward copies to all counsel. Entered by Judge Jeanne E. Scott on 3/21/07. (MC, ilcd) (Entered: 03/21/2007) |
| 03/21/2007 | 18 | 37 | Letter from Dorothy Lowe. (MC, ilcd) (Entered: 03/21/2007) |
| 03/26/2007 | | | TEXT ORDER: The Court has been advised that Defendants Dwayne Jett and Jermarel Jackson wish to change their pleas. The matter is referred to Magistrate Judge Cudmore for Report and Recommendation on Defendants' changes of plea. Entered by Judge Jeanne E. Scott on 3/26/07. (MC, ilcd) (Entered: 03/26/2007) |
| 03/26/2007 | | | NOTICE OF HEARING as to Defendant Dwayne Jett: Change of Plea Hearing set for Wednesday, 3/28/2007, at 2:00 PM before Magistrate Judge Byron G. Cudmore. (LB, ilcd) (Entered: 03/26/2007) |
| 03/26/2007 | | | NOTICE OF HEARING as to Defendant Jermarel Jackson: Change of Plea Hearing set for Wednesday, 3/28/2007, at 3:15 PM before Magistrate Judge Byron G. Cudmore. (LB, ilcd) (Entered: 03/26/2007) |

| | | | |
|---|---|---|---|
| 03/26/2007 | | | (Court only) UTILITY: *** Pre-trial Setting Terminated as to Dwayne Jett, Jermarel Jackson: (LB, ilcd) (Entered: 03/26/2007) |
| 03/27/2007 | 19 | | NOTICE of Prior Felony Drug Convictions by USA as to Jermarel Jackson (Gilmore, Gregory) (Entered: 03/27/2007) |
| 03/28/2007 | | | Minute Entry for proceedings held before Judge Byron G. Cudmore :Change of Plea Hearing as to Dwayne Jett held on 3/28/2007. AUSA Gregory Gilmore present on behalf of the Govt. Dft present in custody with Attorney Monroe McWard. Parties acknowledge filing of written consent to proceed with open plea before US Magistrate Judge. Dft sworn and questioned by the Court. The Court finds dft competent. Dft advised of right to trial by jury, essential elements, and penalties. The Govt states the factual basis for the offense. The dft disagrees with a portion of the factual basis. The Court finds an insufficient factual basis for plea of guilty. Change of Plea hearing terminated. By agreement of the parties, Change of Plea Hearing continued to 3/29/2007 11:15 AM in Courtroom 3 before Magistrate Judge Byron G. Cudmore. (Court Reporter J.C. Capitol Reporting Service.) (ME, ilcd) (Entered: 03/29/2007) |
| 03/28/2007 | 20 | 38 | Notice Regarding Entry of Plea and Signed Consent as to Dwayne Jett (ME, ilcd) (Entered: 03/29/2007) |
| 03/28/2007 | | | Minute Entry for proceedings held before Judge Byron G. Cudmore :Change of Plea Hearing as to Jermarel Jackson held on 3/28/2007. AUSA Gregory Gilmore present on behalf of the Govt. Dft present in custody with CJA Attorney Jon Noll. Parties acknowledge filing of written consent to proceed with open plea before US Magistrate Judge. Dft sworn and questioned by the Court. The Court finds dft competent. Dft advised of right to trial by jury, essential elements, and penalties. Cooperation Agreement discussed and at the request of the Court filed of record. The Govt states the factual basis of the offense. Dft enters a plea of guilty to the Indictment. The Court finds a factual basis for the plea of guilty. Report and Recommendation to be entered recommending that the District Judge enter judgment on plea of guilty. Presentence investigation and report ordered. Sentencing set for 8/20/2007 02:30 PM in Courtroom 1 before Judge Jeanne E. Scott. Previous Order of Detention to remain in full force and effect. (Court Reporter: J.C. Capitol Reporting Service.) (ME, ilcd) (Entered: 03/29/2007) |
| 03/28/2007 | 21 | | Notice Regarding Entry of Plea and Signed Consent as to Jermarel Jackson (ME, ilcd) (Entered: 03/29/2007) |
| 03/28/2007 | 22 | | Cooperation Agreement by USA as to Jermarel Jackson. (ME, ilcd) (Entered: 03/29/2007) |
| 03/28/2007 | 23 | | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Jermarel Jackson. Objections to RRdue by 4/16/2007. Entered by Judge Byron G. Cudmore on 3/28/07. (ME, ilcd) (Entered: 03/29/2007) |
| 03/28/2007 | 24 | | ORDER on Implementation of Sentencing Guidelines as to Jermarel Jackson. Entered by Judge Byron G. Cudmore on 3/28/07. (ME, ilcd) (Entered: 03/29/2007) |
| 03/29/2007 | | | Minute Entry for proceedings held before Judge Byron G. Cudmore :Continued Change of Plea Hearing as to Dwayne Jett held on 3/29/2007. AUSA Gregory Gilmore present on behalf of the Govt. Dft present in custody with CJA Attorney Monroe McWard. Dft sworn and questioned by the Court. The Govt states the |

| | | | |
|---|---|---|---|
| | | | factual basis for the offense. Dft agrees with factual basis stated. The Court reaffirms dft's competency. The Court reaffirms dft's rights and penalties. Dft enters a plea of guilty to the Indictment. The Court finds a factual basis for plea of guilty. The Court accepts dft's explanation regarding disagreement with factual basis stated on 3/28/07. Report and Recommendation to be entered recommending that the District Judge enter judgment on plea of guilty. Presentence investigation and report ordered. Sentencing set for 8/20/2007 01:30 PM in Courtroom 1 before Judge Jeanne E. Scott. Previous Order of Detention to remain in full force and effect. (Court Reporter: J.C. Capitol Reporting Service.) (ME, ilcd) (Entered: 03/29/2007) |
| 03/29/2007 | 25 | 39 | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Dwayne Jett. Objections to RR due by 4/16/2007. Entered by Judge Byron G. Cudmore on 3/29/07. (ME, ilcd) (Entered: 03/29/2007) |
| 03/29/2007 | 26 | 40 | ORDER on Implementation of Sentencing Guidelines as to Dwayne Jett. Entered by Judge Byron G. Cudmore on 3/29/07. (ME, ilcd) (Entered: 03/29/2007) |
| 04/19/2007 | | | TEXT ORDER: This matter is before the Court on the Report and Recommendation Concerning Plea of Guilty 25 relating to Defendant Dwayne Jett filed by Magistrate Judge Cudmore. Neither side has filed any objections to the Report and Recommendation. The Court adopts the Report and Recommendation, and accepts Defendant Jett's plea of guilty. Entered by Judge Jeanne E. Scott on 4/19/07. (ME, ilcd) (Entered: 04/19/2007) |
| 04/19/2007 | | | TEXT ORDER: This matter is before the Court on the Report and Recommendation Concerning Plea of Guilty 23 relating to Defendant Jermarel Jackson filed by Magistrate Judge Cudmore. Neither side has filed any objections to the Report and Recommendation. The Court adopts the Report and Recommendation, and accepts Defendant Jackson's plea of guilty. Entered by Judge Jeanne E. Scott on 4/19/07. (ME, ilcd) (Entered: 04/19/2007) |
| 07/23/2007 | 27 | | MOTION to Continue *Sentencing* by Jermarel Jackson. (Noll, Jon) (Entered: 07/23/2007) |
| 07/24/2007 | | | TEXT ORDER: Defendant Jermarel Jackson's Motion to Continue Sentencing (d/e 27) is ALLOWED without objection from the Government. Defendant's sentencing hearing set for August 20, 2007, at 2:30 p.m., is canceled and reset for December 3, 2007, at 2:30 p.m.. Entered by Judge Jeanne E. Scott on 7/24/07. (MC, ilcd) (Entered: 07/24/2007) |
| 08/01/2007 | 28 | | MOTION to Continue by Dwayne Jett. (McWard, Monroe) (Entered: 08/01/2007) |
| 08/02/2007 | | | TEXT ORDER: Defendant Dwayne Jett's Motion to Continue Sentencing (d/e 28) is ALLOWED without objection from the Government. Defendant Jett's sentencing hearing set for August 20, 2007, at 1:30 p.m., is cancelled and reset for December 3, 2007, at 3:30 p.m. Entered by Judge Jeanne E. Scott on 8/2/07. (MC, ilcd) (Entered: 08/02/2007) |
| 11/29/2007 | 29 | | MOTION to Continue by Dwayne Jett. (McWard, Monroe) (Entered: 11/29/2007) |
| 11/30/2007 | | | TEXT ORDER: The Court has received Defendant Dwayne Jett's Motion to Continue Sentencing (d/e 29). Defendant Jett seeks to continue his sentencing |

| | | | |
|---|---|---|---|
| | | | hearing to allow him to discuss objections he may have to his presentence report. Defendant Jett's Motion represents that the Government has no objection to a continuance of his sentencing hearing. The Court finds that a brief continuance serves the interest of justice. THEREFORE, Defendant Jett's Motion to Continue Sentencing (d/e 29) is ALLOWED. The sentencing hearing set for December 3, 2007, at 3:30 p.m. is canceled and reset for January 25, 2008, at 1:30 p.m. Entered by Judge Jeanne E. Scott on 11/30/07. (ME, ilcd) (Entered: 11/30/2007) |
| 12/03/2007 | | | Minute Entry for proceedings held before Judge Jeanne E. Scott: SENTENCING/MOTION hearing as to defendant Jackson. AUSA Gregory Gilmore present for government. Defendant present in person and with his attorney, Jon Noll. Defendant's motion to continue sentencing greanted. Sentencing hearing continued until Friday, January 25, 2008, at 3:30 pm. (Court Reporter KS.) (CT, ilcd) (Entered: 12/05/2007) |
| 01/11/2008 | 30 | | COMMENTARIES ON SENTENCING FACTORS by Jermarel Jackson. (Noll, Jon) (Entered: 01/11/2008) |
| 01/22/2008 | 31 | | COMMENTARIES ON SENTENCING FACTORS by Jermarel Jackson. (Attachments: #1 Exhibit Opinion in US v. Castenada)(Noll, Jon) (Entered: 01/22/2008) |
| 01/25/2008 | 32 | | MOTION to Continue by Dwayne Jett. (McWard, Monroe) (Entered: 01/25/2008) |
| 01/25/2008 | 33 | 41 | COMMENTARIES ON SENTENCING FACTORS by Dwayne Jett. (McWard, Monroe) (Entered: 01/25/2008) |
| 01/25/2008 | | | Minute Entry for proceedings held before Judge Jeanne E. Scott:SENTENCING/MOTION HEARING. AUSA Gregory Gilmore present for government. Defendant present in person and with his attorney, Monroe McWard. Defendant's 32 Motion to Continue as to Dwayne Jett (1) granted. Sentencing set for 2/19/2008 03:30 PM in Courtroom 1 before Judge Jeanne E. Scott. Defendant remanded to the custody of the US Marshals. (Court Reporter KS.) (CT, ilcd) (Entered: 01/25/2008) |
| 01/25/2008 | | | Minute Entry for proceedings held before Judge Jeanne E. Scott: SENTENCING HEARING as to defendant Jackson. With no objections from parties, Court corrected paragraph 54 of the PSR and adopted the remaining factual findings as its own. Court noted that the guidelines were advisory. Arguments of counsel heard regarding sentencing. Defendant exercised his right of allocution and addressed the Court. Governments recommendation for a downward departure accepted by Court. Defendant sentenced to 186 months imprisonment; 10 years supervised release; $100 special assessment. Rights of appeal given. Defendant remanded to the custody of the US Marshals. (Court Reporter KS.) (CT, ilcd) (Entered: 01/29/2008) |
| 01/31/2008 | 34 | | JUDGMENT as to Jermarel Jackson (2), Count(s) 1, Defendant sentenced to 186 months imprisonment; 10 years supervised release; $100 special assessment. Entered by Judge Jeanne E. Scott on 1/30/2008. (CT, ilcd) (Entered: 01/31/2008) |
| 01/31/2008 | 35 | | +++ SEALED DOCUMENT.Original Judgment with signature. (CT, ilcd) (Entered: 01/31/2008) |
| 01/31/2008 | 36 | | |

| | | | |
|---|---|---|---|
| | | | +++ PRESENTENCE INVESTIGATION REPORT as to Jermarel Jackson (CT, ilcd) (Entered: 01/31/2008) |
| 01/31/2008 | 37 | | +++ SENTENCING RECOMMENDATION as to Jermarel Jackson. (CT, ilcd) (Entered: 01/31/2008) |
| 01/31/2008 | | | (Court only) *** Terminated defendant Jermarel Jackson, pending deadlines, and motions. (CT, ilcd) (Entered: 01/31/2008) |
| 01/31/2008 | 38 | | +++ STATEMENT OF REASONS FOR IMPOSING SENTENCE as to Jermarel Jackson (CT, ilcd) (Entered: 01/31/2008) |
| 02/15/2008 | 39 | 48 | COMMENTARIES ON SENTENCING FACTORS by Dwayne Jett. (McWard, Monroe) (Entered: 02/15/2008) |
| 02/19/2008 | | | Minute Entry for proceedings held before Judge Jeanne E. Scott:SENTENCING HEARING as to defendant Jett. AUSA Gregory Gilmore present for government. Defendant present in person and with his attorney Monroe McWard. Defendant withdrew objections to the PSR and Government conceded the objection for the 2 level enhancement for leadership role. Court noted that the guidelines were advisory. Arguments of counsel heard regarding sentencing. Defendant exercised his right of allocution and addressed the Court. Government's recommendation for a downward departure accepted. Defendant sentenced to 209 months imprisonment; 5 years supervised release; $100 special assessment. Rights of appeal given. Defendant remanded to the custody of the US Marshals. (Court Reporter KS.) (CT, ilcd) (Entered: 02/20/2008) |
| 02/20/2008 | 40 | 55 | +++ PRESENTENCE INVESTIGATION REPORT as to Dwayne Jett (CT, ilcd) (Entered: 02/20/2008) |
| 02/20/2008 | 41 | 82 | +++ SENTENCING RECOMMENDATION as to Dwayne Jett. (CT, ilcd) (Entered: 02/20/2008) |
| 02/21/2008 | 42 | 87 | JUDGMENT as to Dwayne Jett (1), Count(s) 1, Defendant sentenced to 209 months imprisonment; 5 years supervised release; $100 special assessment. Entered by Judge Jeanne E. Scott on 2/20/2008. (CT, ilcd) (Entered: 02/21/2008) |
| 02/21/2008 | 43 | 93 | +++ SEALED DOCUMENT.Original Judgment with signature. (CT, ilcd) (Entered: 02/21/2008) |
| 02/21/2008 | 44 | 99 | +++ STATEMENT OF REASONS FOR IMPOSING SENTENCE as to Dwayne Jett (CT, ilcd) (Entered: 02/21/2008) |
| 02/21/2008 | 45 | 110 | SENTENCING ORDER as to Dwayne Jett. Entered by Judge Jeanne E. Scott on 2/20/08. (ME, ilcd) (Entered: 02/21/2008) |
| 02/26/2008 | 46 | 114 | NOTICE OF APPEAL by Dwayne Jett (McWard, Monroe) (Entered: 02/26/2008) |
| 02/26/2008 | 47 | 116 | DOCKETING STATEMENT by Dwayne Jett re 46 Notice of Appeal − Final Judgment. (McWard, Monroe) (Entered: 02/26/2008) |
| 02/27/2008 | 48 | | Short Record of Appeal as to Dwayne Jett sent to US Court of Appeals re 46 Notice of Appeal − Final Judgment (ME, ilcd) (Entered: 02/27/2008) |
| 02/28/2008 | 49 | | NOTICE of Docketing Record on Appeal from USCA as to Dwayne Jett re 46 Notice of Appeal − Final Judgment filed by Dwayne Jett. USCA Case Number |

| | | | |
|---|---|---|---|
| | | | 08-1472 (ME, ilcd) (Entered: 02/28/2008) |
| 03/10/2008 | 50 | | TRANSCRIPT REQUEST by Dwayne Jett for proceedings held on 2/19/2008 before Judge Jeanne Scott. (McWard, Monroe) (Entered: 03/10/2008) |
| 04/09/2008 | 51 | 119 | Transcript of Sentencing Proceedings as to Dwayne Jett held on 2/19/2008, before Judge Jeanne E. Scott. Court Reporter/Transcriber K.S. Transcript purchased by: Monroe McWard. <br><br>IMPORTANT: The parties have five (5) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e-filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule. <br><br>Redaction Request due 4/30/2008. Redacted Transcript Deadline set for 5/12/2008. Release of Transcript Restriction set for 7/8/2008. (ME, ilcd) (Entered: 04/09/2008) |
| 06/17/2008 | 52 | 143 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Dwayne Jett. (ME, ilcd) (Entered: 06/20/2008) |
| 06/30/2008 | | | TEXT ORDER: This matter is before the Court on Defendant Dwayne Jett's letter to the Court, which was docketed as a Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense (d/e 52). The Court appoints First Assistant Federal Public Defender Jonathan Hawley to represent Defendant Jett in connection with his Motion. THEREFORE, Defendant Jett's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense (d/e 52) is ALLOWED in part, to the extent that counsel is appointed. Entered by Judge Jeanne E. Scott on 6/30/08. (ME, ilcd) (Entered: 07/01/2008) |
| 07/01/2008 | | | (Court only) *** Clerk`s Notes as to Dwayne Jett : 6/30/08 Text Order sent via US mail to Defendant Jett #14620-026 at Manchester FCI, PO Box 4000, Manchester, KY 40962. (ME, ilcd) (Entered: 07/01/2008) |
| 07/11/2008 | 53 | 144 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Change of Plea Proceedings as to Dwayne Jett held on 3/28/2007, before Judge Byron G. Cudmore. Court Reporter/Transcriber J.C. Capitol Reporting Service. Transcript purchased by: Monroe McWard. <br><br>IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e-filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion |

| | | | |
|---|---|---|---|
| | | | are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/1/2008. Redacted Transcript Deadline set for 8/11/2008. Release of Transcript Restriction set for 10/9/2008. (ME, ilcd) (Entered: 07/15/2008) |
| 07/11/2008 | 54 | 182 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Continued Change of Plea Proceedings as to Dwayne Jett held on 3/29/2008, before Judge Byron G. Cudmore. Court Reporter/Transcriber J.C. Capitol Reporting Service. Transcript purchased by: Monroe McWard.<br><br>IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e-filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/1/2008. Redacted Transcript Deadline set for 8/11/2008. Release of Transcript Restriction set for 10/9/2008. (ME, ilcd) (Entered: 07/15/2008) |
| 07/18/2008 | 55 | | MOTION to Withdraw as Attorney by Jonathan E. Hawley. by Dwayne Jett. (Hawley, Jonathan) (Entered: 07/18/2008) |
| 07/21/2008 | 56 | | ORDER of USCA and Request for Record on Appeal as to Dwayne Jett re 46 Notice of Appeal - Final Judgment. (DM, ilcd) (Entered: 07/22/2008) |