

# 08-1472

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

July 26, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

RE: USA v. Jett
D. C. Docket No. 06-30060
U. S. C. A. Docket No. 08-1472

*FILED AUG 06 2008 CLERK OF THE COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS*

*U.S.C.A. – 7th Circuit FILED JUL 29 2008 DP GINO J. AGNELLO CLERK*

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

   1  Volume of Pleadings

   3  In-camera Documents

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY:   s/ C. Cathcart
      Deputy Clerk